IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRYAN REDDY, et al.,**

        **Plaintiffs,**

  v.                                      Civil Action 2:25-cv-455
                                              District Judge Edmund A. Sargus
                                              Magistrate Judge Kimberly A. Jolson

**AMERICAN EXPRESS NATIONAL
BANK, et al.,**

        **Defendants.**

## ORDER

On May 23, 2025, Plaintiffs filed an "Affidavit of Correction." (Doc. 13). It is not clear what Plaintiffs seek in this filing. At first, Plaintiffs identify some phrases used in previous filings and attempt to correct them. (*Id.* at 1–2). After that, Plaintiffs include a civil cover sheet and a "Bill In Equity." (*Id.* at 4–7). Then, Plaintiffs submit several pages of what the Undersigned construes as objections to a previous Report and Recommendation recommending denial of Plaintiffs' motion for leave to proceed *in forma pauperis*. (*Id.* at 8–14). Even more puzzling, Plaintiffs then attach what appears to be an amended complaint with exhibits (Docs. 13-1, 13-2); a notice of removal (Doc. 13-3); an "Affidavit of Fee Waiver Request" (Doc. 13-3 at 3–4); an "Affidavit of Nihil Dicit" (Doc. 13-4); and an unauthorized subpoena (Doc. 13-5).

Most of these documents are nonsensical. Construing the filing liberally, however, it appears that Plaintiffs seek leave to amend the Complaint. (Docs. 13-1, 13-2, 13-3). At this stage of the case, Plaintiffs do not need the Court's leave to amend. Under Rule 15, a party can amend a pleading "once as a matter of course no later than: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or" a Rule 12 motion. Fed. R. Civ. P. 15(a)(1). At this time, no defendant has been served or responded to Plaintiffs' Complaint. Therefore, Plaintiffs can amend this one time "as a

matter of course." *See* Fed. R. Civ. P. 15(a)(1); *Tolliver v. Noble*, 752 F. App'x 254, 261–62 (6th Cir. 2018).

Accordingly, the Court **CONSTRUES** Plaintiffs' filing (Doc. 13) as a motion to amend and **GRANTS** it. The Clerk is **DIRECTED** to separate out Document Nos. 13-1 and 13-2, combine them into one document on the docket, and label that document "Plaintiffs' First Amended Complaint." The Clerk is further **DIRECTED** to file Document No. 13-3 separately on the docket and title it as "Plaintiffs' Notice of Removal."

IT IS SO ORDERED.


Date:   August 14, 2025                                         /s/ Kimberly A. Jolson
                                                                KIMBERLY A. JOLSON
                                                                UNITED STATES MAGISTRATE JUDGE